# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DIANA EARLY, | : | |
| Plaintiff, | : | |
| | | Case No. 3:12cv223 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : | Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

# ORDER

This social security case is presently before the Court upon the parties' Joint Motion to Remand (Doc. #10), and the record as a whole.  The parties request the case be remanded to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g).  The parties agree that, on remand, Plaintiff Diana Early will be provided with the opportunity for a hearing, and to submit additional evidence and arguments.  (Doc. #10 at 1).  The parties also stipulate that, on remand, the administrative law judge will:

(1)  update the medical record;

(2)  address Plaintiff's objections regarding the post-hearing consultative examination report;

(3)  further assess Plaintiff's residual functional capacity;

(4)  obtain, if necessary, vocational expert testimony consistent with the *Dictionary of Occupational Titles* (or reasonable explanation for any conflict); and,

    (5)    issue a new decision.

*Id*.  Based upon the foregoing, the parties' Joint Motion to Remand is well taken.

### IT IS THEREFORE ORDERED THAT:

1. The parties' Joint Stipulation to Remand to the Commissioner (Doc. #10) is **GRANTED**;

2. The ALJ's decision is **REVERSED**;

3. This matter is **REMANDED** to the Social Security Administration pursuant to Sentence Four of 42 U.S.C. § 405(g) for further consideration consistent with this Order and the parties' agreement; and,

4. The case is terminated on the docket of this Court.

March 1, 2013                                              s/ ***Thomas M. Rose***
                                                                                _____
                                                                                  Thomas M. Rose
                                                                      United States District Judge